WOODBRIDGE & LANMAN

[In the handwriting of William Woodbridge]

N° 4

*Geo. M<sup>c</sup>Dougall*
*vs*
*Francois Lasselle*

filed in office of Clerk of
Sup. Court Aug<sup>t</sup> 14th 1820

In Sup. Court Sep<sup>t</sup> Term 1820.

*George M<sup>c</sup>Dougall*
    *ag<sup>t</sup>*        } In a plea of breach of covenant
*Francois Lasselle*

And the Said George M<sup>c</sup>Dougall, the Plaintiff in this case, having neglected to file the bond or covenant declared on, or a Copy of the same, the said Defendant, before entering his plea to the action aforesaid prays oyer of the bond or covenant declared on

By his Att<sup>ys</sup> HUNT & LARNED.